UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JENNIFER SPRINGER,
*Individually and as Parents and Natural Guardian of Plaintiff M.W.S.O., a Minor*, et al.,

                                              Plaintiffs,

                 -against-

PFIZER INC., et al.,

                                              Defendants.
-------------------------------------------------------------X

ORDER

13 Civ. 5444 (JPO)

J. PAUL OETKEN, District Judge:

      In light of the pending motion before the Judicial Panel on Multidistrict Litigation to create an Effexor products liability MDL, these proceedings are stayed, including scheduling and case management deadlines and conferences, pending a ruling by the JPML on the creation of an Effexor MDL.

      SO ORDERED.

Dated: New York, New York
       August 9, 2013

                                                          J. PAUL OETKEN
                                                      United States District Judge